Lillie J.G. LABASBAS; Arnulfo O. Labasbas, Plaintiffs–Appellants,

v.

John E. MOORE; Richard B. Kaufman; Albert R. Colan; Town of Herndon, Virginia; Mayor Rust; John Orrison; Henry Bibber; William J. Laporto, Attorney; Harold O. Miller, Attorney; Grayson P. Haines, Attorney; John H. Partridge, Attorney; Gary Lance Smith, Attorney; Carter Foulds; Gary Malasky, Attorney/Developer; Hotel Concepts, LLC; Virginia Department of Transportation; Verizon, Incorporated; Cable Company, John Doe 1 and 2; Marriott International, Incorporated; John W. Ferrell, Attorney/Agent, Defendants–Appellees.

No. 02–1509.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 20, 2002.

Decided Dec. 12, 2002.

Lillie J.G. Labasbas, Arnulfo O. Labasbas, Appellants Pro Se. John David McGavin, Trichilo, Bancroft, McGavin, Horvath & Judkins, Fairfax, Virginia; William J. LaPorto, Heathsville, Virginia; Harold O. Miller, Oakland, Maryland; Aaron Samuel Book, Reed, Smith, Hazel & Thomas, L.L.P., Falls Church, Virginia; John Henry Partridge, Law Office of John H. Partridge, Herndon, Virginia; Gary Lance Smith, Winchester, Virginia; Carter Foulds, Winchester, Virginia; Kathleen Joanna Lynch Holmes, Richards, McGettigan, Reilly & West, Alexandria, Virginia; Paul Steven Stahl, Assistant Attorney General, Chantilly, Virginia, for Appellees.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lillie J.G. Labasbas and Arnulfo O. Labasbas appeal the district court's order granting the Defendants' motion to dismiss their civil action alleging claims under the Racketeer Influenced and Corrupt Organizations Act (RICO), 18 U.S.C.A. §§ 1961–1968 (West 2000 & Supp.2002). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Labasbas v. Moore,* No. CA–01–1906–A (E.D. Va. filed May 16, 2002, entered May 20, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*